# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 17-50491
c/w No. 17-50496
Summary Calendar

—————

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

OMAR ENRIQUE VERASTEGUI-SAENZ,

Defendant-Appellant

—————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:17-CR-388-1
USDC: No. 3:15-CR-242-1

—————

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Omar Enrique Verastegui-Saenz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Verastegui-Saenz has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50491
c/w No. 17-50496

record reflected therein.    We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the CONSOLIDATED APPEALS ARE DISMISSED.  *See* 5TH CIR. R. 42.2.